## UNITED STATES

v.

## HENRY HUDSON

1810

### JOURNAL ENTRIES

1. Plea; issue  .   .   .   .   .   .   .   .   .   .   .   *Journal, infra,* \*p. 311
2. Jurors; verdict .   .   .   .   .   .   .   .   .   .   .   .   "          316

### PAPERS IN FILE

[None]

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED

v.

## JAMES AND FRANCIS LASSELLE

1810

### JOURNAL ENTRIES

1. Rule to plead; continuance; special bail   .   .   *Journal, infra,* \*p. 312
2. Judgment  .   .   .   .   .   .   .   .   .   .   .   .   .   "          346
3. Satisfaction acknowledged   .   .   .   .   .   .   .   .   "          346

### PAPERS IN FILE

1. Scire facias (1816) .   .   .   .   .   .   .   .   .   .   .   .   .